**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING FOOD GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITE HERE LOCAL 11, and BOARD OF TRUSTEES OF THE SANTA MONICA UNITE HERE HEALTH BENEFIT TRUST FUND, AS LAST AMENDED AND RESTATED EFFECTIVE MAY 1, 2015,<br><br>Defendants. | Case No. 2:26-cv-02862-MCS-AYP<br><br>**JUDGMENT** |

Pursuant to this Court's order granting Defendants' motions to dismiss without leave to amend,

IT IS ADJUDGED that judgment is entered in favor of Defendants Unite Here Local 11 and Board of Trustees of the Santa Monica Unite Here Health Benefit Trust Fund, as Last Amended and Restated Effective May 1, 2015. The claims of Plaintiff Flying Food Group, LLC, are dismissed without prejudice, and Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: August 31, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE